|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON | |
| 9 | | |
| 10 | JUAN THOMPSON, | CASE NO. 2:15-cv-01139 JLR JRC |
| 11 | Plaintiff, | |
| 12 | v. | REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |
| 13 | CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| 14 | | |
| 15 | Defendant. | |

16   This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17  U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

18  *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19  defendant's stipulated motion to remand the matter to the administration for further consideration

20  (Dkt. 16).

21   After reviewing defendant's stipulated motion and the relevant record, the undersigned

22  recommends that the Court grant defendant's motion, and reverse and remand this matter to the

23

24

1  Acting Commissioner for further administrative proceedings pursuant to sentence four of 42

2  U.S.C. § 405(g).

3        On remand, the Administrative Law Judge should be directed to update the record, offer

4  plaintiff a *de novo* hearing, and consider or reconsider the evidence in the updated record as a

5  whole, including evidence provided by treating, examining, acceptable and other medical

6  sources. In light of the foregoing, the ALJ should reconsider plaintiff's credibility. If necessary,

7  the ALJ should reassess plaintiff's residual functional capacity and obtain supplemental

8  vocational expert testimony. The ALJ should issue a new decision.

9        Plaintiff should be entitled to reasonable attorney fees and costs pursuant to the Equal

10  Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to the Court.

11        Given the facts and the parties' stipulation, the Court recommends that the District Judge

12  immediately approve this Report and Recommendation and order that the case be **REVERSED**

13  and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

14        Dated this 17th day of December, 2015.

                                         J. Richard Creatura
                                         United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2